# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| **LOUIS ERNEST MORGAN, III** | Case No. 18-44091-tjt |
| **KIMBERLY A MORGAN,** | Chapter 7 |
| | Hon. Thomas J. Tucker |
| Debtors. | |

## STIPULATED ORDER FOR TURNOVER OF ESTATE PROPERTY

THIS MATTER having come before the court upon the stipulation of the Debtors and Trustee, this Court being otherwise duly informed,

**IT IS HEREBY ORDERED** that within 14 days of the entry of this order the Debtor shall turn over $1,000 representing the estate's preference claim against Lacy Cornell. Such amount shall be made payable to Wendy Turner Lewis, Trustee and shall be delivered attention David P. Miller, 645 Griswold, Suite 3900, Detroit, MI 48226.

**IT IS FURTHER ORDERED** that if the Debtors default on timely delivery of the above amount, upon written notice of the default, sent to the Debtors, care of their counsel of record, the Debtors shall be responsible for attorney's fees and all other associated costs for the collection of the amount due.

**IT IS FURTHER ORDERED** that this Order shall have the same effect as a Judgment entered under Rule 7054 of the Federal Rules of Bankruptcy Procedure

and all post-judgment remedies available at law shall be available to the Trustee or Trustee's assigns if Debtors default under the terms of this Order.

**Signed on October 26, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge